```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA                   :   GOVERNMENT'S FORFEITURE
                                               BILL OF PARTICULARS
                                           :   21 U.S.C. § 853

          - v. -
                                           :
MANUEL GEOVANNY RODRIGUEZ-PEREZ,               S12 10 Cr. 905 (LTS)
    a/k/a "Manny,"
    a/k/a "Shorty,"
    a/k/a "Andres Garcia,"                 :
JOSE BETANCOURT,
KAREEM BURKE,                              :
    a/k/a "Biggs,"
JENNY CASTILLO,                            :
MIGUEL CERDA,
    a/k/a "Manganzon,"                     :
ROSEMARY DEJESUS,
    a/k/a "Rosy,"                          :
WILLIAM ALCIBIO DELGADO,
    a/k/a "Mejor,"                         :
EDGAR ENCARNACION-LAFONTAINE,
    a/k/a "Tapon,"                         :
JAVIER FALCON
DANIEL FERNANDEZ,                          :
ALFONSO GARCIA,
    a/k/a "Fonse,"
    a/k/a "Fonz,"                          :
KLEVI GUTIERREZ,
    a/k/a "Black,"                         :
EDWING ALBERTO HERRERA,
    a/k/a "Edwin Alberto Herrera,"
    a/k/a "Shampoo,"                       :
ISIDRO ESMELIN HERRERA,
ESTALIN JIMENEZ,                           :
    a/k/a "Stalin,"
    a/k/a "Moyi,"                          :
RICARDO JIMENEZ-PADILLA,
    a/k/a "Gordo,"                         :
RICHARD JIMENEZ-PEREZ,
    a/k/a "Milton Delgado,"                :
    a/k/a "Javier Ramirez-Santiago,"
JULIO CESAR LEONARDO RAMIREZ,              :
FRANCISCO LEONARDO,
    a/k/a "Chico,"                         :
ANDY LOCIER,
JIMMY LOPEZ,                               :
    a/k/a "Chuck,"
LUIS ANTONIO LUCIANO,                      :
```

```
         a/k/a "Louis Luciano,"
         a/k/a "Lucky,"                        :
    MICHAEL MARTINEZ,
         a/k/a "Miguel Doleo,"                 :
    ROBERT MARTINEZ,
    ABEL MATOS,                                :
         a/k/a "Viejo,"
    NELSON AUGUSTO MATOS,                      :
    IDAEL MENA-HERNANDEZ,
         a/k/a "Fidel,"                        :
    ARTURO MENA-SIFONTE,
         a/k/a "La Vieja,"                     :
    ERICK FULGENICO NUNEZ,
         a/k/a "Mongolico,"                    :
         a/k/a "Eddie,"
    FRANKLIN MANUEL PACHECO-VALDEZ,            :
    DEYANIRA PAULINO-GOMEZ,
         a/k/a "Maritza Alvarez-Cruz,"         :
    ARIEL PENA,
         a/k/a "Bin,"                          :
         a/k/a "Vin,"
    JOSE RAMON PEREZ,                          :
    LEODIS PEREZ,
         a/k/a "Leodi,"                        :
    MIRIAM PIMENTEL,
    RICARDO PIMENTEL,                          :
         a/k/a "Richardo Pimentel,"
         a/k/a "Zook,"                         :
         a/k/a "Scarface,"
    VICTOR QUEZADA,                            :
         a/k/a "Jose Hiram Quintero-Callejas,"
    EMMANUEL RAMIREZ,                          :
         a/k/a "Titi,"
    LETICIA RAPOSO,                            :
         a/k/a "La Rubia,"
    MICHAEL ANGELO REYES,                      :
         a/k/a "Kiki,"
    EDWIN RIVERA,                              :
         a/k/a "Papote,"
    JOSE A. RODRIGUEZ,                         :
         a/k/a "Viejo,"
    OSCAR RODRIGUEZ,                           :
         a/k/a "Chang,"
         a/k/a "Chan,"                         :
    ANDRES ROJAS,
         a/k/a "Conejo,"                       :
    JESUS SANCHEZ,
```

```
ADEL SANTANA-ZAMORA,                    :
   a/k/a "Adel Santana,"
MATTHEW SANTIAGO,                       :
   a/k/a "Dirt,"
MATTHEW WOODSTOCK STANG,"               :
   a/k/a "Magazine Guy,"
JEROME SIMPSON,                         :
   a/k/a "Suburban,"
DANIEL VALDEZ,                          :
OMEL VAZQUEZ-PEREZ,
   a/k/a "Come Pizza,"                  :
   a/k/a "Omel,"
CHRISTOPHER VIZCAINO,                   :
   a/k/a "Christopher Viscaino,"
   a/k/a "Chuch,"                       :
   a/k/a "Pechucho,"
   a/k/a "Pechuch,"                     :

                    Defendants.         :

- - - - - - - - - - - - - - - - - - - -x
```

　　　　Pursuant to <u>United States</u> v. <u>Grammatikos</u>, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Indictment, as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

　　　　One 2007 MERCEDES BENZ ML 350, VIN# 4JGBB86E47A225543.

Dated:　New York, New York
　　　　November 26, 2010

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　PREET BHARARA
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By: _/s/ Michael D. Lockard_____
　　　　　　　　　　　　　　　MICHAEL D. LOCKARD
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Telephone: (212) 637-2193

AFFIDAVIT OF SERVICE

Corinne L. Scalogna affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Preet Bharara, United States Attorney for the Southern District of New York.

On November 26, 2010, I caused to be served, in the case of U.S. v. Manuel Geovanny Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS), the following document via Clerk's Notice of Electronic Filing upon the attorneys who are Filing Users in this case:

Government's Forfeiture Bill of Particulars, dated November 26, 2010

and delivered by certified mail to:

Krishana Mangin
██████████████████, █████
New Rochelle, NY 10804

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   November 26, 2010
               New York, New York

*[signature]*
CORINNE L. SCALOGNA