

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: **11 APR 2011**

April 8, 2011

**By Hand And By Email**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**MEMO ENDORSED**

Re:  **United States v. Manuel Geovanny Rodriguez-Perez, et al.,**
S12 10 Cr. 905 (LTS)

Dear Judge Swain:

We write pursuant to the Court's request to set forth the schedule for the June 2011 pretrial conferences in the above-captioned case. Accordingly, attached please find sheets containing the names of the defendants and of current defense counsel, as well as information regarding each defendant's current custody status and whether each defendant requires an interpreter, for conferences scheduled by the Court for June 20, 2011, at 3:00 p.m.; June 21, 2011, at 11:00 a.m.; June 21, 2011, at 3:00 p.m.; June 22, 2011, at 11:00 a.m.; and June 22, 2011, at 3:00 p.m.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

SO ORDERED.
NEW YORK, NY
April 11, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: Amie N. Ely
Assistant United States Attorney
(212) 637-2214

Encl.

CC: All defense attorneys (by email).

## June 20, 2011, 3:00 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Cerda, Miguel | Barry Weinstein | N | N |
| 2 | Garcia, Alfonso | Richard Wojszwilo | N | N |
| 3 | Gutierrez, Klevi | Sam Talkin | N | Y |
| 4 | Jimenez-Padilla, Ricardo | Elizabeth Fink | N | N |
| 5 | Perez, Jose | David Goldstein | Y | Y |
| 6 | Quezada, Victor | Anthony Rico | N | Y |
| 7 | Raposo, Leticia | Irwin Lichter | Y | N |
| 8 | Reyes, Michael Angelo | Patrick Brackley | N | N |
| 9 | Rivera, Edwin | Paul Brenner | N | N |
| 10 | Rojas, Andres | Mark Cohen | Y | Y |
| 11 | Santiago, Matthew | Albert Ebanks | N | N |

## June 21, 2011, 11:00 a.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Falcon, Javier | Don Duboulay | Y | Y |
| 2 | Jimenez-Perez, Richard | M. Suzette Rivera | Y | Y |
| 3 | Leonardo, Francisco | Toni Messina | Y | Y |
| 4 | Leonardo-Ramirez, Julio | David Wikstrom | Y | N |
| 5 | Luciano, Luis | David Touger | N | Y |
| 6 | Matos, Nelson | Ernest Hammer | Y | N |
| 7 | Nunez, Erick | Michael Gilbert | N | Y |
| 8 | Pena, Ariel | Salvatore Marinello | N | Y |
| 9 | Perez, Leodis | Paul McAllister | N | N |
| 10 | Pimentel, Miriam | Jeremy Schneider | Y | Y |
| 11 | | | | |

## June 21, 2011, 3:00 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

|    | Defendant | Counsel | Interpreter Needed? | In Custody? |
|----|-----------|---------|---------------------|-------------|
| 1  | Lopez, Jimmy | Daniel Welsh | N | Y |
| 2  | Encarnacion, Edgar | Lloyd Epstein | N | N |
| 3  | Locier, Andy | Scott Tulman | N | N |
| 4  | Martinez, Michael | Howard Jacobs | N | N |
| 5  | Mena-Hernandez, Idael | Hector Flores/ William Barzee | Y | N |
| 6  | Mena-Sifonte, Arturo | Allan Haber | Y | Y |
| 7  | Paulino-Gomez, Deyanaria | Rudy Valez | Y | Y |
| 8  | Pimentel, Ricardo | Sean Maher | N | Y |
| 9  | Rodriguez, Jose | Dan Nobel | Y | Y |
| 10 | Sanchez, Jesus | Jonathan Marks | N | Y |
| 11 | | | | |

## June 22, 2011, 11:00 a.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Betancourt, Jose | Peter Raben | N | N |
| 2 | Burke, Kareem | Joseph Aaron Bondy | N | N |
| 3 | Dejesus, Rosemary | Telesforo Del Valle, Jr. | N | N |
| 4 | Delgado, William | Mark Harris | Y | N |
| 5 | Fernandez, Daniel | David Raben | N | N |
| 6 | Jimenez, Estalin | Luis Diaz | Y | N |
| 7 | Martinez, Robert | Kelley Sharkey | N | N |
| 8 | Pacheco-Valdez, Franklin | Andres Aranda | Y | N |
| 9 | Rodriguez, Oscar | Christopher Booth | Y | N |
| 10 | Santana-Zamora, Adel | Juan de Jesus Gonzalez | Y | N |
| 11 | Simpson, Jerome | Bruce Kaye | N | N |

## June 22, 2011, 3:00 p.m. Conference:
## U.S. v. Manuel Rodriguez-Perez, et al., S12 10 Cr. 905 (LTS)

| | Defendant | Counsel | Interpreter Needed? | In Custody? |
|---|---|---|---|---|
| 1 | Castillo, Jenny | Gary Villanueva | N | N |
| 2 | Herrera, Edwing | James Roth | N | Y |
| 3 | Herrera, Isidro | Ryan Blanch | N | Y |
| 4 | Matos, Abel | Lou Freeman | N | N |
| 5 | Ramirez, Emmanuel | Donna Newman | N | Y |
| 6 | Rodriguez, Manuel | Richard Levitt | Y | Y |
| 7 | Stang, Matthew | David Holland | N | N |
| 8 | Valdez, Daniel | Peter S. Smith | N | Y |
| 9 | Vizcaino, Christopher | Javier Damlen | N | Y |
| 10 | | | | |
| 11 | | | | |