| APPLICATION | CELLPHONE | DATE | JUDGE |
|---|---|---|---|
| Interception | 646-964-3580-TP-1 | 1/07/10 ceased 1/19/10 | Daniels-SDNY |
| Interception | 718-662-4183-TP-2 | 1/22/10 ceased 2/12/10 | Chin |
| Interception | 646-778-1722-TP-4 and 917-349-6712- TP-3 | 2/25/10 ceased 3/27/10 | Scheindlin |
| Continued Interception | TP-4 | 3/26/10 ceased 4/25/10 | Kaplan |
| Interception | 917-378-3586-TP-5 | 3/22/10 ceased 4/21/10 | Kaplan |
| Interception | 347-386-9572-TP-6 (and TP-7-not Rodriguez's) | 4/05/10 ceased 5/05/10 | Koetl |
| Interception | 646-423-5516-TP-8 | 4/28/10 | McKenna |
| Continued Interception | Same | 5/27/10 | Holwell |
| Continued Interception | Same | 6/28/10 | Stein |
| Interception | 646-533-1136-TP-9 | 5/06/10 ceased 5/25/10 | McKenna |
| Interception | TP-10 (not Rodriguez's-646-404-6961) | 6/14/10 | Pauley |
| Continued Interception | Same | 7/13/10 ceased 7/26/10 | Castel |
| Interception | 718-374-7838-TP-12[1] | 8/05/10 ceased 9/05/10 | Swain |
| Continued | Same | 9/03/10 ceased 9/20/10 | Sullivan |
| Interception | 646-578-2338-TP-13 | 9/24/10 ceased | Preska |

---

[1] Paragraph blacked out, possibly re: TP 11, in Application of 8/05/10.