USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA      :      POST-INDICTMENT RESTRAINING
                                     ORDER
                              :
         v.                          S31 10 CR. 905 (LTS)
                              :

MANUEL RODRIGUEZ, et al.,
          Defendants    :
- - - - - - - - - - - - - - - -x

Upon the application of PREET BHARARA, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 1963 and Title 21, United States Code, Section 853, and the Declaration of Assistant United States Attorney Andrew C. Adams, executed on March 12, 2014, and all papers submitted in support thereof,

**IT IS HEREBY ORDERED** that MANUEL RODRIGUEZ and ORLANDO RODRIGUEZ, the defendants, and all attorneys, agents, and employees, and anyone acting on their behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order;

**IT IS FURTHER ORDERED** that MANUEL RODRIGUEZ and ORLANDO RODRIGUEZ, the defendants, and all attorneys, agents, and employees, and anyone acting on their behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or

1

indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or
dispose of in any manner; cause to be transferred, sold, assigned,
pledged, hypothecated, encumbered, disposed of in any manner; or take,
or cause to be taken, any action that would have the effect of
depreciating, damaging, or in any way diminishing the value of property
or other interests belonging to, or owed to, or controlled in whole or
in part by the defendants, which property or other interests are subject
to forfeiture.  The property and other interests hereby restrained
include, but are not limited to, the following:

    i.    all that lot or parcel of land, together with
its buildings, appurtenances, improvements, fixtures, attachments and
easements, known and described as Lot 33, DC 125, La Vega, Provence La
Vega, Republica Dominicana.

    ii.    all that lot or parcel of land, together with
its buildings, appurtenances, improvements, fixtures, attachments and
easements, known and described as Lot 19, DC 12, Sublots a & b, La Vega,
Provence La Vega, Republica Dominicana.

    iii.    all that lot or parcel of land, together with
its buildings, appurtenances, improvements, fixtures, attachments and
easements, known and described as Lot 133-A, DC 29, La Vega, Provence
La Vega, Republica Dominicana.

    iv.    all that lot or parcel of land, together with
its buildings, appurtenances, improvements, fixtures, attachments and

2

easements, known and described as the property Assigned Cadastral Designation 313336392459, La Vega, Provence La Vega, Republica Dominicana.

v.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 57, DC 4, La Vega, Provence La Vega, Republica Dominicana.

vi.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 58, DC 4, La Vega, Provence La Vega, Republica Dominicana.

vii.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 84, DC4, La Vega, Provence La Vega, Republica Dominicana.

viii.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 85, DC 4, La Vega, Provence La Vega, Republica Dominicana.

ix.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 72-A-14, DC 3, Condominium Torre Imperial House, Apt. 10, Santo Domingo, Republica Dominicana.

        x.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as the property Assigned Cadastral Designation 400401882578, A-9 Calle Paseo de los Locutores, No.47, Sector Evaristo, Morales Distrito Nacional Santo Domingo, Republica Dominicana.

        xi.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Licenciado Malaquias Gil No. 8 Serralles Sector, Santo Domingo, Republica Dominicana.

        xii.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 1, DC 12, La Vega, Provence La Vega, Republica Dominicana.

        xiii.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 94, B-1 ,DC 3, La Vega, Provence La Vega, Republica Dominicana.

        xiv.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 163, DC 3, La Vega, Provence La Vega, Republica Dominicana.

        xv.   all that lot or parcel of land, together with

4

its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 93, DC 3, La Vega, Provence La Vega, Republica Dominicana.

xvi.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as the property assigned Cadastral Designation 313390450783 DC 3, La Vega, Provence La Vega, Republica Dominicana.

xvii.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 18, DC 12 (Cadastral Designation 313367085922), La Vega, Provence La Vega, Republica Dominicana.

xviii.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Seccion Arroyo Hondo Arriba Manga Larga (Cadastral Designation 313358732559), La Vega, Provence La Vega, Republica Dominicana.

xix.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as Lot 15, DC 12, La Vega, Provence La Vega, Republica Dominicana.

xx.   all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and

easements, known and described as Lot 30, DC 125, La Vega, Provence La Vega, Republica Dominicana.

All of which allegedly constitute proceeds constituting or derived directly or indirectly from racketeering activity, in violation of Title 18, United States Code, Section 1961 and 1962, and/or from the defendants' participation in a narcotics conspiracy, in violation of Title 21, United States Code, Section 846.

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

Any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the scope of the Order:  Assistant United States Attorney Andrew C. Adams, Telephone Number (212) 637-2340.  Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon oral approval made by Assistant United States Attorney Adams.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendants, their attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court; and

6

**IT IS FURTHER ORDERED** that the affidavits submitted in support of this Restraining Order shall be filed under seal for a period of six months from the date of this order, at which time the United States may apply to the Court to maintain such sealing.

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the defendants' attorneys via the Court's ECF docketing system, and by regular mail.

Dated:  New York, New York
        March 12, 2014

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

7