

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2015

**By Fax and ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York   10007

      Re:    **United States v. Manuel Rodriguez,**
             **S38 10 Cr. 905 (LTS)**

Dear Judge Swain:

      With consent of defense counsel, the Government respectfully requests that the conference date for defendant Manuel Rodriguez, currently scheduled for January 8, 2015, at 12:00 p.m., be adjourned to sometime between 11:00 a.m. and 12:00 p.m. of January 26, 2015. The Government also requests that the Court exclude time under the Speedy Trial Act, as the adjournment will permit, among other things, the further consideration of information provided by the defense regarding whether to seek capital punishment in this case.   As indicated above, on behalf of their client, defense counsel Richard Levitt, Esq., and Peter Quijano, Esq., consent to the adjournment and to the exclusion time from the speedy trial clock.

                       Respectfully submitted,

                       PREET BHARARA
                       United States Attorney
                       Southern District of New York

           By:    ___/s/_____
                     Micah Smith/ Andrew Adams
                     Assistant United States Attorneys
                     (212) 637-2439/ 2340

CC:    Richard Levitt, Esq. (By Email and ECF)
         Peter Quijano, Esq. (By Email and ECF)