THE LAW OFFICES OF

# STEVEN L. KESSLER

June 29, 2018

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    *United States v. Rodriguez-Perez*
              S38 10 Cr. 905 (LTS)

Dear Judge Swain:

      This office represents Petitioners Binyan Or and Daniel Perla in the referenced matter.

      We are in receipt of the Court's Order, dated June 28, 2018, scheduling oral argument in connection with the pending motion for July 11, 2018.  We greatly appreciate the Court's response to the parties' recent filings and scheduling a prompt hearing.  I have, however, an oral argument at the 5th Circuit Court of Appeals in New Orleans on July 10. Assuming my return flight is on time, I will not be in New York until late that evening. Accordingly, I respectfully request a very brief adjournment of the oral argument before Your Honor.  I am available any day thereafter until July 19, after which I will be out of the country until August 7.  I reached out to Mr. Falk regarding his schedule, and he is available July 13, 16 and 17.

      Thank you.

                                                Respectfully submitted,

                                                *Steven L. Kessler*
                                                Steven L.  Kessler

SLK:rmaf

cc:  All counsel of record (*by ECF*)