UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br><br><br>v.<br><br><br><br>MANUEL RODRIGUEZ-PEREZ<br><br>Defendant. | 10-CR-905-LTS-1 |

<u>ORDER</u>

The Court has received Defendant Manuel Rodriguez-Perez's letter, dated February 13, 2026 and received on March 9, 2026, seeking the Court's intervention regarding his conditions of custody. The letter has been filed under seal temporarily in light of its references to law enforcement measures. The Government is hereby directed to file, under seal, a response to Mr. Rodriguez-Perez's letter by **March 27, 2026** and to promptly mail a copy of its response to Mr. Rodriguez-Perez at the address listed below. The Government's response must include its position as to whether there is any reason why Mr. Rodriguez-Perez's request and the Government's response should not be unsealed and filed on the docket. Should Mr. Rodriguez-Perez wish to file a reply to the Government's response, he must do so by **April 27, 2026**.

RODRIGUEZ-PEREZ – ORDER                    MARCH 13, 2026                    1

The Clerk of Court is respectfully directed to mail the Defendant a copy of this

Order at the address listed below.

SO ORDERED.

Dated: New York, New York
    March 13, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Mail to:**

Mr. Manuel Rodriguez-Perez

Registration No. 64040-054

U.S. Penitentiary Max

P.O. Box 8500

Florence, Colorado 81226